UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                        :
LUIGI GIROTTO,                                  :
                                      Plaintiff,       :
                                                                   :         24 Civ. 1993 (LGS)
                        -against-                         :
                                                                   :              <u>ORDER</u>
9TH STREET VENTURES, LTD., a New York   :
limited company, d/b/a SOLAS BAR, and ROYAL   :
ENTERPRISES, INC., a New York corporation,   :
                                                Defendant.    :
                                                                    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for May 15, 2024;

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the May 15, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

       **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

       **ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**.  The referral will issue in a separate order.

       The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 9, 2024
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                             **UNITED STATES DISTRICT JUDGE**