UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LUIGI GIROTTO,

                          Plaintiff,

           -against-

9TH STREET VENTURES, LTD., et al.,

                       Defendants.
------------------------------------------------------------- X

24 Civ. 1993 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: September 6, 2024
       New York, New York

                                                       LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE